687 F.2d 344
 In re ADANA MORTGAGE BANKERS, INC., Debtor.
GOVERNMENT NATIONAL MORTGAGE ASSOCIATION, et al., Appellants,
v.
ADANA MORTGAGE BANKERS, INC., et al., Appellees.
 Nos. 81-7629, 81-7995.
 United States Court of Appeals,
Eleventh Circuit.
 March 9, 1982.
 
 James E. Baker, U. S. Atty., Douglas P. Roberto, Asst. U. S. Atty., Atlanta, Ga., Kenneth Oestreicher, U. S. Dept. of Justice, Washington, D. C., for appellants in both cases.
 Stuart E. Schiffer, Acting Asst. Atty. Gen., Andrew J. Ekonomou, Acting U. S. Atty., Atlanta, Ga., David Epstein, Atty., Al J. Daniel, Jr., Anthony J. Steinmeyer, Civ. Div., U. S. Dept. of Justice, Washington, D. C., for appellants in No. 81-7629.
 Carr, Abney, Tabb & Schultz, Benjamin C. Abney, Long, Aldridge, Heiner, Stevens & Sumner, John G. Aldridge, Atlanta, Ga., for appellees in both cases.
 Thomas W. Tobin, Atlanta, Ga., for appellees in No. 81-7629.
 Appeals from the United States District Court for the Northern District of Georgia, Robert H. Hall, District Judge, and William L. Norton, Jr., Bankruptcy Judge.
 Before TJOFLAT, FAY and HENDERSON, Circuit Judges.
 
 BY THE COURT:
 
 1
 The joint motion of parties to vacate the orders appealed from is granted, 12 B.R. 989 (Bkrtcy. 1980) and 12 B.R. 1012 (Bkrtcy 1981),
 
 
 2
 IT IS FURTHER ORDERED that the alternative motion to dismiss the appeal as moot is granted.